Michael V. Severo, Esq. (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101-5106
(626)844-6400
msevero@mvslaw.com

Attorneys for Plaintiff,
  LESLIE AGUAYO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LESLIE AGUAYO,<br><br>  Plaintiff<br><br>vs.<br><br>NORDSTROM, INC., a Washington Corporation for itself and/or doing business as NORDSTROM RACK; FRENCH CONNECTION GROUP, INC., a New York Corporation; FGX INTERNATIONAL INC., a DELAWARE Corporation; DOES 1-100, inclusive.<br>  Defendant. | CASE NO. 5:23-CV-01449-KK-JC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Assigned to the Hon. Kenly Kiya Kiato<br><br>George E. Brown, Jr. U.S. Courthouse<br>Courtroom 3<br>3470 12th Street, 3rd Floor<br>Riverside, CA 92501 |

The court has reviewed and considered the parties' Stipulation for Dismissal of the Entire Action, filed by the parties in this matter on {DATE}.

FOR GOOD CAUSE SHOWN and this matter having been settled, it is hereby ordered that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 6, 2024

_____
Hon. Kenly Kiya Kato
U.S. District Court Judge

1